Stephen R. Smerek (SBN: 208343)
ssmerek@winston.com
Drew A. Robertson (SBN: 266317)
darobertson@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant
FRESH, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ANGELA EBNER, | Case No. SACV13- 0477 JVS (RNBx) |
| Plaintiff, | **DEFENDANT'S DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES (F.R.C.P. 7.1; L.R. 7.1-1)** |
| v. | |
| FRESH, INC., A DELAWARE CORPORATION | Complaint Filed: March 26, 2013<br>Complaint Served: March 27, 2013 |
| Defendant. | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant Fresh, Inc., certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection |
|---|---|
| LVMH Moet Hennessy Louis Vuitton Inc. | Parent corporation |

Dated: April 12, 2013         WINSTON & STRAWN LLP

By: /s/ Stephen R. Smerek
    Stephen R. Smerek
    Drew A. Robertson

    Attorneys for Defendant
    FRESH, INC.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

1
DEFENDANT'S DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES (F.R.C.P 7.1; L.R. 7.1-1)